IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Patti Compton, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Michael J. Astrue, Commissioner, )<br>Social Security Administration, )<br>)<br>Defendant. )<br>_____ ) | C/A No. 1:10-2678-RMG-SVH<br><br>RECEIVED<br>USDC, CLERK CHARLESTON, SC<br>2011 AUG 24 P 3:55<br><br>ORDER |

On October 15, 2010, Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), appealing the Commissioner's determination of benefits. [Entry #1]. On April 8, 2011, the Commissioner issued a fully favorable decision awarding Plaintiff benefits in a subsequent application. [Entry #25]. Accordingly, Plaintiff informs the court that she no longer wishes to pursue this appeal, and she moves for voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(2). [Entry #25]. The Commissioner consents to Plaintiff's request for voluntary dismissal. *Id.*

Based on the foregoing, Plaintiff's motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2) [Entry #25] is granted. Plaintiff's motion to remand [Entry #18] is denied as moot.

IT IS SO ORDERED.

August 2Y, 2011
Florence, South Carolina

Richard Mark Gergel
United States District Judge